# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| KREO MONTGOMERY,<br><br>　　Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC,<br><br>　　Defendant. | Civil Action No.:<br><br>5:20-cv-00463-TES |

## JOINT STIPULATION OF DISMISSAL

COMES NOW, Plaintiff and Defendants, by and through the undersigned counsel, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, file their Joint Stipulation of Dismissal in the above-styled matter. As a result of filing this Joint Stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this action is dismissed with prejudice and should be marked as administratively closed and terminated by the Clerk of Court.

Respectfully submitted, this 12th day of July, 2021.

| | |
|---|---|
| /s/ Kenneth E. Barton III<br>KENNETH E. BARTON III<br>Georgia Bar No. 301171<br>JOHN M. MCCALL<br>Georgia Bar No. 778954<br>*Attorneys for Plaintiff*<br><br>COOPER, BARTON & COOPER, LLP<br>170 College Street<br>Macon, Georgia 31201<br>(478) 841-9007 telephone<br>(478) 841-9002 facsimile<br>keb@cooperbarton.com<br>jmm@cooperbarton.com | /s/ Mitchell A. Robinson w/e/p<br>MITCHELL A. ROBINSON<br>Georgia Bar No. 457665<br>ERIC L. BARNUM<br>Georgia Bar No. 039305<br>*Attorneys for Defendant*<br><br>BAKER & HOSTETLER LLP<br>1170 Peachtree Street NE, Suite 2400<br>Atlanta, Georgia 30309-7676<br>(404) 459-0052 telephone<br>(404) 459-5734 facsimile<br>marobinson@bakerlaw.com<br>ebarnum@bakerlaw.com |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing JOINT STIPULATION OF DISMISSAL to the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to the following counsel of record, who are CM/ECF participant(s):

Mitchell A. Robinson, Esq.<br>
Eric L. Barnum, Esq.<br>
Baker Hostetler LLP<br>
1170 Peachtree Street, N.E., Suite 2400<br>
Atlanta, Georgia 30309<br>
marobinson@bakerlaw.com<br>
ebarnum@bakerlaw.com<br>
*Attorneys for Defendant*

This 12th day of July, 2021.

                                            KENNETH E. BARTON III
                                            Georgia Bar No. 301171
                                            JOHN M. MCCALL
                                            Georgia Bar No. 778954
                                            *Attorneys for Plaintiff*

COOPER, BARTON & COOPER, LLP
170 College Street
Macon, Georgia 31201
(478) 841-9007 telephone
(478) 841-9002 facsimile
keb@cooperbarton.com
jmm@cooperbarton.com